IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES TALBERT,<br>*Plaintiff,* | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-1445 |
| | : | |
| JOHN DELANEY, *et al.*,<br>*Defendants.* | : | |

**ORDER**

AND NOW, this 15th day of **May 2019**, upon careful and independent consideration of the pleadings, record herein, the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge (ECF No. 5), and Petitioner's Objections in Response to Judge Rueter's Report and Recommendation (ECF No. 6), it is hereby **ORDERED** as follows:

1. The Report and Recommendation (ECF No. 5) is **APPROVED** and **ADOPTED**;
2. The Petition for Writ of Habeas Corpus (ECF No. 2) is **SUMMARILY DISMISSED**;
3. Petitioner's claims are **DISMISSED WITHOUT PREJUDICE** as unexhausted in the state courts; and
4. A certificate of appealability is **not** granted.

BY THE COURT:

CHAD F. KENNEY, JUDGE

1